

# United States District Court
# Eastern District of California

| Ray Allen Remijio, et al. | Case Number: 2:25-CV-00311-TLN-JDP |

Plaintiff(s)

V.

| SelectQuote Insurance Services, Inc. | APPLICATION FOR PRO HAC VICE AND ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Anthony I. Paronich** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Ray Allen Remijio, individually and on behalf of all others similarly situated**

On **11/23/2010** (date), I was admitted to practice and presently in good standing in the **Supreme Judicial Court of Massachusetts** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Wilson v. KUIU (2:25-cv-00212-SCR), applied 1/16/25, application pending;
Wilson v. BlendJet (2:25-cv-00278-AC), applied 1/23/25, application pending.

Date: **01/23/2025**     Signature of Applicant: /s/ **Anthony I. Paronich**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Anthony I. Paronich |
| Law Firm Name: | Paronich Law, P.C. |
| Address: | 350 Lincoln Street |
| | Suite 2400 |
| City: | Hingham   State: MA   Zip: 02043 |
| Phone Number w/Area Code: | (617) 485-0018 |
| City and State of Residence: | Plymouth, MA |
| Primary E-mail Address: | anthony@paronichlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Dana J. Oliver |
| Law Firm Name: | Oliver Law Center, Inc. |
| Address: | 8780 19th Street #559 |
| | |
| City: | Rancho Cucamonga   State: CA   Zip: 91701 |
| Phone Number w/Area Code: | (855) 384-3262   Bar # 291082 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 24, 2025

_____
JUDGE, U.S. DISTRICT COURT